No. 91–8668. HAS *v.* BUNNELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–8669. CHATFIELD *v.* CLERK OF THE DISTRICT COURT ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–8671. LEVERETTE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8672. MILLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8673. LOVE *v.* UNITED STATES; and
No. 91–8757. HUFF *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 959 F. 2d 731.

No. 91–8675. TAYLOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8676. JIMENO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8677. JORDAN *v.* VERCOE. C. A. 6th Cir. Certiorari denied.

No. 91–8678. MUNOZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8679. MALONE *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 91–8680. WISE *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–8681. PLETKA *v.* NIX ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–8682. LINDSEY *v.* STROH'S COS., INC., ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 91–8683. PENNINGTON ET AL. *v.* MISSOURI BOARD OF PROBATION AND PAROLE ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–8684. BENNETT *v.* DIRECTOR OF THE VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.